THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL J. KENNEDY, Appellant.

(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, New York county, rendered March 31, 1899, convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of *laches* on the part of the defendant and his attorney in prosecuting the appeal.

*Charles E. Le Barbier* for motion.

*R. N. Moore* opposed.

Motion denied subject to the following conditions: Time to settle case is extended to and including Saturday, the 19th day of May, 1900, if stipulation is entered into by the parties to argue the case at the next June term. Original stipulation when executed to be filed with the clerk of this court.